

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-15-00498-CR

**EX PARTE** Matthew Jamal **JACKSON**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

On August 7, 2015, relator filed two pro se petitions for writ of habeas corpus and a motion requesting that he be allowed to review grand jury deliberations. The court has determined that it lacks jurisdiction to consider relator's petitions or grant the requested relief. Accordingly, relator's petitions and motion are DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 12, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CR0148, styled *The State of Texas v. Matthew Jamal Jackson*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.